Faye C. Rasch (SBN 253838)
frasch@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Plaintiff James H. Donell

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES H. DONELL, etc., | Case No. CV 03-6156-ER (SHx) |
| Plaintiff, | **RENEWAL OF JUDGMENT BY CLERK [52] [53]** |
| v. | |
| JEROME C. METCALF AND LAURIE METCALF, | |
| Defendant. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320, and for good cause appearing, therefore:

The judgment to and against Defendants JEROME C. METCALF AND LAURIE METCALF entered on April 19, 2004 (copy attached) is hereby renewed in the amounts set forth below:

Renewal of money judgment:

| | | | |
|---|---|---|---:|
| | a. | Total judgment | $ 49,863.11 |
| | b. | Costs after judgment | 0.00 |
| | c. | Attorneys' fees | 0.00 |
| | d. | Subtotal | $ 49,863.11 |
| | e. | Credits after judgment | 0.00 |

13390.2:1998029.2

RENEWAL OF JUDGMENT

|   |    |                        |              |
|---|----|------------------------|--------------|
| f.| Subtotal               | $ 49,863.11  |
| g.| Interest after judgment| $  7,044.18  |
| h.| Fee for filing renewal |         0.00 |
| i.| **Total renewed judgment** | **$ 56,907.29** |

DATED: 04/28/2014        J. Remigio
                         Deputy Clerk

ERVIN COHEN & JESSUP LLP

13390.2:1998029.2

2

RENEWAL OF JUDGMENT